IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MAURICE T. BOWENS,<br><br>　　　　　　Defendant. | 4:18CR3165<br><br>**RELEASE ORDER** |

Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 10:30 a.m. on January 22, 2021

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

　　a.　The defendant shall comply with any release conditions ordered in his state court case.

　　b.　The defendant shall have no contact with the alleged victim in the state court case.

November 12, 2020.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge